**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-6762**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ERROL WINTER,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge.
(CR-93-90)

─────────────

Submitted:  November 9, 2000          Decided:  November 15, 2000

─────────────

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Errol Winter, Appellant Pro Se.  Fernando Groene, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Errol Winter appeals the district court's order denying his motion for expungement of fine. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>United States v. Winter</u>, No. CR-93-90 (E.D. Va. May 19, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>